No. 509. AMBASSADOR HOTEL CO. OF LOS ANGELES *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *John E. Hughes, John W. Hughes* and *Harold R. Burnstein* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *Harry Marselli* for respondent.

No. 517. VITTER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *George R. Blue* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for the United States.

No. 523. HENNESSEY, DOING BUSINESS AS HENNESSEY & Co., *v.* CROWN ET AL. C. A. 7th Cir. Certiorari denied. *Milton K. Joseph* for petitioner. *Albert E. Jenner, Jr.* for respondents.

No. 514. STONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Archibald Palmer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 116, Misc. BACA *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 421, Misc. HOLT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.